**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7843**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

ALPHONSO DAVIS,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-95-59, CA-99-230-3)

─────────────

Submitted: April 18, 2002        Decided: April 25, 2002

─────────────

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Alphonso Davis, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

On June 20, 2001, the district court dismissed Alphonso Davis' motion to vacate his conviction and sentence pursuant to 28 U.S.C.A. § 2255 (West Supp. 2001). Three months later, Davis moved for reconsideration, asking the district court to rethink its dismissal of his § 2255 motion. The district court denied Davis' motion, and Davis timely appealed. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. See United States v. Davis, No. CR-95-59; CA-99-230-3 (W.D.N.C. filed Sept. 19, 2001; entered Sept. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED